JAMES C. SHAH (CA SBN 260435)
jcshah@millershah.com
KOLIN C. TANG (CA SBN 279834)
kctang@millershah.com
MILLER SHAH LLP
8730 Wilshire Blvd., Suite 400
Los Angeles, California 90211
Telephone:   (866) 540-5505
Facsimile:   (866) 300-7367

*Counsel for Plaintiffs*

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MELODY E. WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

*Attorneys for Defendants*
IQVIA HOLDINGS INC., IQVIA DIGITAL
INC., and IQVIA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBIE ROSE and DAVID BECERRA, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>IQVIA Holdings Inc., a Delaware corporation, IQVIA Digital Inc., a Delaware corporation, and IQVIA Inc., a Delaware corporation,<br><br>      *Defendants*. | Case No. 2:26-cv-01492-WBS SCR<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil L.R. 143 and 144(a), Defendants IQVIA Holdings Inc., IQVIA Digital Inc., and IQVIA Inc. (collectively, "IQVIA"), along with Plaintiffs Abbie Rose and David Becerra (collectively, "Plaintiffs," and together with IQVA, the "Parties"), respectfully submit the following joint stipulation enlarging the time for IQVIA to answer or otherwise respond to the Complaint.

## STIPULATION

WHEREAS, Plaintiff filed the Class Action Complaint (the "Complaint") in the Superior Court of California, County of San Joaquin, on April 6, 2026;

WHEREAS, IQVIA filed a Notice of Removal on April 9, 2026 to remove this action from the Superior Court of California, County of San Joaquin, to the United States District Court for the Eastern District of California (ECF No. 1);

WHEREAS, Plaintiffs served IQVIA with the Complaint on April 10, 2026;

WHEREAS, IQVIA's deadline to respond to the Complaint under Federal Rule of Civil Procedure 81(c)(2) is currently May 1, 2026;

WHEREAS, the Parties have met and conferred and agreed that IQVIA's deadline to file a responsive pleading under the Federal Rules of Civil Procedure shall be extended from May 1, 2026 to June 22, 2026; *see* L.R. 144(a);

WHEREAS, this is IQVIA's first extension of time to answer or otherwise respond to Complaint.


**IT IS SO STIPULATED.**


Dated:  April 27, 2026                              MORRISON & FOERSTER LLP


By:   */s/ Tiffany Cheung*
Tiffany Cheung
Attorneys for Defendants
IQVIA HOLDINGS INC., IQVIA
DIGITAL INC., and IQVIA INC.

1

Dated: April 27, 2026                          MILLER SHAH LLC


                                               By:    /s/ Jim Shah
                                                   Jim Shah
                                                   Attorney for Plaintiffs




                                **ORDER**


            **PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Dated: April 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**SIGNATURE ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**. I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Tiffany Cheung
Tiffany Cheung

1