

# United States District Court
# Eastern District of California

| Abbie Rose, et al. |
| --- |

Plaintiff(s)

Case Number:  | 2:26-cv-01492-WBS-SCR |

V.

| IQVIA Holdings Inc., et al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Edward C. Eberspacher IV hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
IQVIA Holdings Inc., IQVIA Digital Inc. and IQVIA Inc.

On _____11/10/2005_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of the State of Illinois_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____05/14/2026_____        Signature of Applicant: /s/ Edward C. Eberspacher IV

**Pro Hac Vice Attorney**

Applicant's Name: Edward C. Eberspacher IV

Law Firm Name: Meyer Law Group LLC

Address: 30 N. LaSalle St.

Suite 2270

City: Chicago    State: IL    Zip: 60602

Phone Number w/Area Code: (312) 763-6223

City and State of Residence: Elmhurst, Illinois

Primary E-mail Address: teberspacher@meyerlex.com

Secondary E-mail Address: admin@meyerlex.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Tiffany Cheung

Law Firm Name: Morrison & Foerster LLP

Address: 425 Market Street

City: San Francisco    State: CA    Zip: 94105-2482

Phone Number w/Area Code: (415) 268-8700    Bar # 211497

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  May 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE