JAMES C. SHAH (CA SBN 260435)
jcshah@millershah.com
KOLIN C. TANG (CA SBN 279834)
kctang@millershah.com
MILLER SHAH LLC
8730 Wilshire Blvd., Suite 400
Los Angeles, California 90211
Telephone:    (866) 540-5505
Facsimile:    (866) 300-7367

*Attorneys for Plaintiffs*
ABBIE ROSE and
DAVID BECERRA

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MELODY E. WONG (CA SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

MALLORY A. GITT (admitted *pro hac vice*)
MGitt@mofo.com
925 Fourth Avenue
Suite 3800
Seattle, Washington 98104
Telephone:    (206) 327-6500
Facsimile:    (206) 260-8813

EDWARD EBERSPACHER (admitted *pro hac vice*)
TEberspacher@meyerlex.com
MEYER LAW GROUP, LLC
30 North LaSalle Street
Suite 2270
Chicago, Illinois 60602
Telephone:    (312) 265-0565
Facsimile:    (312) 888-3930

*Attorneys for Defendants*
IQVIA HOLDINGS INC., IQVIA DIGITAL INC., and IQVIA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBIE ROSE and DAVID BECERRA, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>      v.<br><br>IQVIA Holdings Inc., a Delaware corporation, IQVIA Digital Inc., a Delaware corporation, and IQVIA Inc., a Delaware corporation,<br><br>        *Defendants*. | Case No. 2:26-cv-01492-WBS-SCR<br><br>**STIPULATION EXTENDING TIME TO FILE AMENDED COMPLAINT AND SETTING RELATED BRIEFING SCHEDULE** |

Pursuant to Civil L.R. 143 and 144(a), Defendants IQVIA Holdings Inc., IQVIA Digital Inc., and IQVIA Inc. (collectively, "Defendants"), along with Plaintiffs Abbie Rose and David Becerra (collectively, "Plaintiffs," and together with Defendants, the "Parties"), respectfully submit the following stipulation to extend Plaintiffs' deadline to file an amended complaint, set a briefing schedule for responding to Plaintiffs' amended complaint and continue the November 2, 2026 Pretrial Scheduling Conference.

## **STIPULATION**

WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(6) on June 22, 2026 (ECF No. 19);

WHEREAS, Plaintiffs' deadline to amend their complaint under Federal Rule of Civil Procedure 15(a)(1) ("Amended Complaint") is July 13, 2026;

WHEREAS, the Parties have conferred and agreed that Plaintiffs' deadline to amend their complaint under Rule 15(a)(1) shall be extended from July 13, 2026 to July 27, 2026;

WHEREAS, the Parties further agreed that Defendants' deadline to respond to Plaintiffs' Amended Complaint shall be August 31, 2026; Plaintiffs' deadline to oppose any motion shall be September 28, 2026; and Defendants' deadline for a reply in support of their motion shall be October 19, 2026;

WHEREAS, on June 23, 2026, the Court continued the August 10, 2026 Pretrial Scheduling Conference to November 2, 2026 at 1:30 p.m. pending ruling on the Defendants' Motion to Dismiss (ECF No. 21);

WHEREAS, the Parties further conferred and seek to continue the November 2, 2026 Pretrial Scheduling Conference to January 25, 2027 and to adjust all corresponding deadlines based on the date of the continued Scheduling Conference;

WHEREAS, on April 28, 2026, the Court previously granted Defendants an extension of time to file a responsive pleading to the Complaint from May 1, 2026 to June 22, 2026 (ECF No. 13);

WHEREAS, the requested extension will not prejudice any party or affect any other deadlines in this action;

1

NOW THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that:

1. Plaintiffs' Amended Complaint will be due on or before July 27, 2026.

2. Defendants' responsive pleading to the Amended Complaint will be due on or before August 31, 2026.

3. Plaintiffs' opposition to Defendants' responsive pleading will be due on or before September 28, 2026.

4. Defendants' reply in support of their responsive pleading will be due on or before October 19, 2026.

5. The parties' Joint Status Report will be due on or before January 11, 2027.

6. The parties' Initial Disclosures will be due on or before January 19, 2027.

7. The Scheduling Conference is continued to January 25, 2026.

**IT IS SO STIPULATED.**

Dated:  July 9, 2026                           MORRISON & FOERSTER LLP


                                               By:    /s/ Tiffany Cheung
                                               Tiffany Cheung
                                               Attorneys for Defendants
                                               IQVIA HOLDINGS INC., IQVIA
                                               DIGITAL INC., and IQVIA INC.


Dated:  July 9, 2026                           MILLER SHAH LLC


                                               By:    /s/ Jim Shah
                                               Jim Shah
                                               Attorneys for Plaintiffs
                                               ABBIE ROSE and
                                               DAVID BECERRA

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Plaintiffs' Amended Complaint will be due on or before July 27, 2026.

2. Defendants' responsive pleading to the Amended Complaint will be due on or before August 31, 2026.

3. Plaintiffs' opposition to Defendants' responsive pleading will be due on or before September 28, 2026.

4. Defendants' reply in support of their responsive pleading will be due on or before October 19, 2026.

5. The parties' Joint Status Report will be due on or before January 11, 2027.

6. The parties' Initial Disclosures will be due on or before January 19, 2027.

7. The Scheduling Conference is continued to **January 25, 2027 at 1:30 p.m.**

8. Counsel for defendants shall file a notice of withdrawal of the pending motion to dismiss (Docket #19) now set for September 14, 2026.

Dated:  July 9, 2026

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

## **SIGNATURE ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME TO FILE AMENDED COMPLAINT AND SETTING RELATED BRIEFING SCHEDULE.  I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Tiffany Cheung*
Tiffany Cheung

4